IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4 : 16 – CR 132 – A - 10 |
| | § | |
| CHARLES BEN BOUNDS, ET. AL. | § | |

## REPORT RE ORDER RE MOTION FOR CONTINUANCE (SHULKA)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES, Cody Cofer, counsel for Michael Mize (Defendant-10), and files this document informing the Court as to whether Defendant-10 opposes the continuance requested by Chad Shulka (Defendant-14).

Defendant-10 <u>does not oppose</u> the continuance.

Cody L. Cofer personally consulted his client before filing this report.

Respectfully submitted,

_____
Cody L. Cofer
TX SBN: 24066643
COFER LAW, P.C.
300 Throckmorton Street # 500
Fort Worth, Texas 76102
Phone: 817-810-9395
Fax: 817-764-7377
Email: ccofer@coferlaw.com
Counsel for Michael John Mize

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2016, a true and correct copy was served by hand-delivery to Shawn Smith, Assistant United States Attorney, 801 Cherry Street, Unit 4, Burnett Plaza, Suite 1700, Fort Worth, Texas 76102, and with the clerk of the court for the U.S. District Court, Northern District of Texas, by hand delivery.

_____
Cody L. Cofer